IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 JUN 30 PM 3:13

| | |
|---|---|
| DUSTIN KELLER, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:20-CV-193-LY |
| § | |
| MIDWEST RECOVERY SYSTEMS, LLC, § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On June 16, 2021, the court rendered an order directing Plaintiff Dustin Keller to show cause in writing why this cause should not be dismissed for want of prosecution on before June 29, 2021 (Doc. #12).

As of this date, Keller has not filed a response to the court's order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that this cause of action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

SIGNED this 30th day of June, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE